CDF LABOR LAW LLP
  Dawn M. Irizarry, State Bar No. 223303
  dirizarry@cdflaborlaw.com
  Carolina A. Schwalbach, State Bar No. 280783
  cschwalbach@cdflaborlaw.com
707 Wilshire Boulevard, Suite 5150
Los Angeles, CA 90017
Telephone:  (213) 612-6300

Attorneys for Defendant
DELTA AIR LINES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUPOU SEKONA, an individual, | ) Case No. 2:22-cv-03819-JFW-GJS |
| Plaintiff, | ) [Los Angeles Superior Court Case No. 22STCV14190] |
| v. | ) |
| DELTA AIR LINES, INC., a Delaware corporation; and DOES 1 through 20, inclusive, | ) **NOTICE OF SETTLEMENT** |
| Defendants. | ) |

NOTICE OF SETTLEMENT

Defendant, DELTA AIR LINES, INC. ("Defendant") hereby notifies the Court that the parties have reached a settlement in this matter.  Once the settlement is finalized, the parties will file a stipulation of dismissal with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

In light of the resolution of this case, Delta respectfully requests that any upcoming dates and deadlines be vacated.

Dated:  February 27, 2023          CDF LABOR LAW LLP
                                   Carolina A. Schwalbach


                                   By:  /s/ Carolina A. Schwalbach
                                        Carolina A. Schwalbach

                                   Attorneys for Defendant
                                   DELTA AIR LINES, INC

NOTICE OF SETTLEMENT

CDF Labor Law LLP

2138774.1